United States District Court
Southern District of Texas
**ENTERED**
August 03, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| EDUARDO COLMENERO-LOPEZ, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:25-CV-00221 |
| | § | |
| MARKWAYNE MULLIN, *et al.*,[1] | § | |
| Respondents. | § | |
| | § | |
| | § | |

### FINAL JUDGMENT

For the reasons and in the manner set forth in the Court's prior Memorandum Opinion & Order, (Dkt. No. 23), Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. No. 1), was **GRANTED in part and DENIED in part**. Petitioner's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction, (Dkt. No. 2), was **DENIED** as moot. Federal Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus and Motion for Temporary Restraining Order, (Dkt. No. 16), was **DENIED**. In accordance with the Court's Order, a bond hearing was conducted on December 31, 2025. (Dkt. No. 25 at 1).

Following the Court's Order and Petitioner's release, no live claims remain in this case.

The Clerk of the Court is **DIRECTED** to **TERMINATE** this case.

This is a **FINAL JUDGMENT**.

It is so **ORDERED**.

**SIGNED** on August 3, 2026.

_____
John A. Kazen
United States District Judge

---

[1] Markwayne Mullin is automatically substituted for Kristi Noem in this case under Federal Rule of Civil Procedure 25(d). The Clerk of Court is DIRECTED to substitute these parties on the docket.